**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-01786-RBJ

ALI WIGLE

    Plaintiff,

v.

GEORGE BONNIE CRIBBS III and SHARING MAGICAL MOMENTS, LLC

    Defendant.

---

**NOTICE OF SETTLEMENT**

---

Plaintiff Ali Wigle, through her counsel Thomas P. Howard, LLC, and Defendants, George Bonnie Cribbs III and Sharing Magical Moments, LLC, through their counsel Lasater & Martin, P.C., provide notice that all claims asserted by Plaintiff against the Defendants, in the above-captioned matter, have been settled in principle. The Parties anticipate having the dismissal filed within 30 days.

Respectfully submitted,

LASATER & MARTIN, P.C.

*/s/ Brendan F. Friedman*

Brendan F. Friedman
J. Scott Lasater
LASATER & MARTIN, P.C.
8822 S. Ridgeline Blvd., Suite 405
Highlands Ranch, CO 80129
Phone (303) 730-3900
Brendan@LasaterandMartin.com
Scott@LasaterandMartin.com

## CERTIFICATE OF SERVICE

I certify that on this 14th day of December 2020, a true and correct copy of the foregoing **NOTICE OF SETTLEMENT**, was filed with the clerk of court using CM/ECF, which will send notification of such filing to all counsel of record and to Defendant Bonnie Cribbs and Sharing Magical Moments, LLC.

*/s/ Kate Braden*

Kate Braden