**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No.  1:20-cv-01786-RBJ**

**ALI WIGLE,**
    **Plaintiff,**

        **v.**

**GEORGE BONNIE CRIBBS III and
SHARING MAGICAL MOMENTS, LLC**
    **Defendants.**

---

## PLAINTIFF'S NOTICE OF DISMISSAL

Plaintiff files this notice of dismissal under Federal Rule of Civil Procedure

41(a)(1)(A)(i).

1. On June 17, 2020 Plaintiff sued Defendants. In December 2020, the Parties settled all claims.

2. Defendants have been served with process and has not served an answer or a motion for summary judgment.

3. This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

4. This case is not governed by any federal statute that requires a court order for dismissal of the case.

5. A receiver has not been appointed in this case.

6. Plaintiff has not previously dismissed any federal or state-court suit based on or

including the same claims as those presented in this case.

7.   This dismissal is with prejudice.

Respectfully submitted January 13, 2021

s/ Scott E. Brenner            
Scott E. Brenner
Thomas P. Howard, LLC
842 W. South Boulder Rd. Ste. 100
Louisville, CO 80027
Tel: (303) 665-9845
Fax: (303) 665-9847
Email: sbrenner@thowardlaw.com
Attorneys for Plaintiff